**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

12.  JANA STRIBLING,

       Defendant.

**MINUTE ORDER**

ORDER ENTERED BY DAVID M. EBEL

       The Sentencing Hearing scheduled on April 4, 2011, for Defendant Jana Stribling has been <u>rescheduled</u> to **April 7, 2011, at 11:00 a.m.**

       DATED:  March 28, 2011