IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE David M. Ebel

Criminal Action No.   10-cr-00220-DME-12

UNITED STATES OF AMERICA,

     Plaintiff,

v.

12.  Jana Stribling,

     Defendant.

## ORDER EXONERATING BOND

     This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to probation.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

     **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

     **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

     DATED at Denver, Colorado, this 25th day of April, 2011.

                                    BY THE COURT:

                                    *s/ David M. Ebel*

                        By: _____
                             UNITED STATES CIRCUIT JUDGE
                             DISTRICT OF COLORADO