UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U.S.A. vs. JANA STRIBLING                                            Docket No. 10-cr-00220-DME-12

**Petition for Early Termination of Probation**

      COMES NOW, Edgar T. Ruiz, probation officer of the Court, presenting an official report upon the conduct and attitude of Jana Stribling who was placed on supervision by the Honorable David M. Ebel, sitting in the court at Denver, Colorado, on the 7th day of April, 2011, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
2. The defendant shall perform 20 hours of community service as directed by the probation officer.
3. The defendant shall report to the probation officer for examination and/or evaluation for generalized counseling or therapy regarding good decision making, job performance, parenting skills, self esteem, and growing up with an abusive father.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: The defendant has complied with the rules and regulations of probation and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER: (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of; and (3) that, if the United States does not file a timely objection, the defendant be discharged from and the proceedings in the case be terminated.

                                                    Respectfully,

                                                    s/ Edgar T. Ruiz
                                                    Edgar T. Ruiz
                                                    U.S. Probation Officer

                                                    Place: Denver, Colorado
                                                    Date: November 7, 2012

**ORDER OF THE COURT**

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States. It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation. It is further ordered that this petition and order be filed and made a part of the record in the above case.

      DATED at Denver, Colorado, this _8_ day of November, 2012.

                                                      David M. Ebel
                                                    Senior U.S. Circuit Judge